WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WB Music Corp.; Ain't Nothing But Funkin' Music; Music of Windswept; Blotter Music; Elvis Mambo Music; EMI Full Keel Music Co.; Red Instructional Music; and Disco Fever Publishing,<br><br>    Plaintiffs/Judgment Creditors,<br><br>vs.<br><br>8402-8404 Corp.; and Patrick DeFillippo,<br><br>    Defendants/Judgment Debtors.<br><br>American Express Company,<br><br>    Garnishee. | No. MC-11-00013<br><br>**ORDER AND GARNISHMENT JUDGMENT** |

Plaintiffs have registered in this Court a foreign judgment against Defendants in the amount of $9,000 plus attorneys' fees and costs. Doc. 1. A writ of garnishment for monies was served on Garnishee American Express Company on February 9, 2011. Docs. 5, 7 at 1. Garnishee's answer states that pursuant to the writ of garnishment it has withheld $199.86 from Defendants' credit card sales funds. Doc. 7 at 2. Garnishee seeks no reimbursement fee. *Id.* at 4.

Plaintiffs have filed a motion for judgment against Garnishee. Doc. 6. The motion is unopposed. Pursuant to the motion, the answer to the writ, and good cause appearing,

**IT IS ORDERED AND ADJUDGED:**

1. Plaintiffs' motion for judgment against Garnishee (Doc. 6) is **granted**.

2. Plaintiffs shall have **judgment** against Garnishee in the amount of **$199.86**.

3. Garnishee is ordered to remit the sum of **$199.86** to Plaintiffs through their counsel of record.

4. Garnishee is **discharged** on the writ of garnishment served on February 9, 2011 (Doc. 5).

Dated this 8th day of April, 2011.

_____
David G. Campbell
United States District Judge