WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WB Music Corp.; Ain't Nothing But Funkin' Music; Music of Windswept; Blotter Music; Elvis Mambo Music; EMI Full Keel Music Co.; Red Instructional Music; and Disco Fever Publishing, | No. MC-11-00013-PHX-DGC |
| Plaintiffs/Judgment Creditors, | **ORDER AND GARNISHMENT JUDGMENT** |
| vs. | |
| 8402-8404 Corp.; and Patrick DeFillippo, | |
| Defendants/Judgment Debtors. | |
| American Express Company, | |
| Garnishee. | |

Plaintiffs have registered in this Court a foreign judgment against Defendants in the amount of $9,000 plus attorneys' fees and costs. Doc. 1. A writ of garnishment for monies was served on Garnishee American Express Company on March 23, 2011. Docs. 9, 12 at 2. Garnishee's amended answer states that pursuant to the writ of garnishment it has withheld $179.29 from Defendants' credit card sales funds. Doc. 12 at 2. Garnishee seeks no reimbursement fee. *Id.* at 4.

Plaintiffs have filed a motion for judgment against Garnishee. Doc. 13. The motion is unopposed. Pursuant to the motion, the answer to the writ, and good cause appearing,

**IT IS ORDERED AND ADJUDGED:**

1. Plaintiffs' motion for judgment against Garnishee (Doc. 13) is **granted**.

2. Plaintiffs shall have **judgment** against Garnishee in the amount of **$179.29**.

3. Garnishee is ordered to remit the sum of **$179.29** to Plaintiffs through their counsel of record.

4. Garnishee is **discharged** on the writ of garnishment served on March 23, 2011 (Doc. 9).

Dated this 26th day of May, 2011.

_____
David G. Campbell
United States District Judge