1  **WO**

6  **IN THE UNITED STATES DISTRICT COURT**

7  **FOR THE DISTRICT OF ARIZONA**

WB Music Corp.; Ain't Nothing But
Funkin' Music; Music of Windswept;
Blotter Music; Elvis Mambo Music; EMI
Full Keel Music Co.; Red Instructional
Music; and Disco Fever Publishing,

        Plaintiffs/Judgment Creditors,

vs.

8402-8404 Corp.; and Patrick DeFillippo,

        Defendants/Judgment Debtors.

American Express Company,

        Garnishee.

No. MC-11-00013-PHX-DGC

**ORDER AND
GARNISHMENT JUDGMENT**

     Plaintiffs have registered in this Court a foreign judgment against Defendants in the amount of $9,000 plus attorneys' fees and costs. Doc. 1. A writ of garnishment for monies was served on Garnishee American Express Company on April 28, 2011. *See* Doc. 18 at 2. Garnishee's answer states that pursuant to the writ of garnishment it has withheld $26.97 from Defendants' credit card sales funds. *Id.* at 3. Garnishee seeks no reimbursement fee. *Id.* at 5.

     Plaintiffs have filed a motion for judgment against Garnishee. Doc. 17. The motion is unopposed. Pursuant to the motion, the answer to the writ, and good cause appearing,

**IT IS ORDERED AND ADJUDGED:**

1.      Plaintiffs' motion for judgment against Garnishee (Doc. 17) is **granted**.

2.      Plaintiffs shall have **judgment** against Garnishee in the amount of **$26.97**.

3.      Garnishee is ordered to remit the sum of **$26.97** to Plaintiffs through their counsel of record.

4.      Garnishee is **discharged** on the writ of garnishment served on April 28, 2011.

5.      No further motion for judgment is pending before the Court. The Clerk therefore is directed to **terminate** this action.

Dated this 12th day of July, 2011.

David G. Campbell
United States District Judge